# United States District Court
# Western District of North Carolina
# Asheville Division
# DOCKET NO. 1:18-cv-00053-MOC-DLH

**[Applicable to 1:18cv53, 1:18cv54, 1:18cv55, 1:18cv56, 1:18cv57, 1:18cv58, 1:18cv59, 1:18cv60]**

| | |
|---|---|
| Joseph Edward Colosi, ) | |
| ) | |
| Plaintiff, ) | JUDGMENT IN CASE |
| ) | |
| vs. ) | |
| ) | |
| Miriam Schwartz and ) | |
| Western North Carolina Medical ) | |
| Society, ) | |
| Defendants. ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2018 Order.

March 8, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court